In the Matter of the Petition of JOSEPH S. ALBERTI and CHARLES L. ALBERTI to Render and Settle Their Account as Executors, etc., of ELLEN ALBERTI,

Deceased. JOSEPH S. ALBERTI and CHARLES L. ALBERTI, Appellants; CHARLES G. ALBERTI, Individually and as General Guardian of HELEN E. ALBERTI and ELIZABETH M. ALBERTI, Infants, and VICTOR E. ALBERTI, Respondents.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs payable by appellants. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.